**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 21, 2013 | Probation: | Ryan Henry |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **12-cr-00474-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Beth N. Gibson

      Plaintiff,

v.

**1.  NELSON ABRAHAM CABRERA-**          Matthew K. Belcher
**MARTINEZ**,

      Defendant.

**SENTENCING**

**4:04 p.m.**      Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Tuesday, February 12, 2013, at 4:00 p.m.**
> **Plea of Guilty - Count One of Indictment.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

4:05 p.m.      Statement and argument on behalf of Defendant (Mr. Belcher).

4:10 p.m.      Statement and argument on behalf of Government (Ms. Gibson).

4:13 p.m.      Statement by Defendant on his own behalf (Mr. Cabrera-Martinez).

4:19 p.m.      Statement on behalf of Government (Ms. Gibson).

| | |
|---|---|
| **4:20 p.m.** | Statement on behalf of Probation (Mr. Henry). |
| **4:20 p.m.** | Statement on behalf of Defendant (Mr. Belcher). |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion for Downward Sentencing Variance [ECF Doc. No. 21], filed May 7, 2013, is **DENIED.** |
| **ORDERED:** | Defendant be **imprisoned** for **27** months. |
| **ORDERED:** | No term of supervised release is imposed. The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **4:22 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :18**